UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 17-cr-10225-DJC |
| v. | Violations: |
| XIAOMENG CHENG,<br>Defendant. | **Count One:** 18 U.S.C. §371<br>Conspiracy |

## ORDER OF STIPULATED JUDICIAL REMOVAL

Pursuant to the authority created by Section 374(a)(3) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996), codified at Title 8, United States Code, Section 1228(c)(5), and upon the parties' agreement to the entry of a stipulated judicial order of removal, it is hereby ordered that the defendant, XIAOMENG CHENG, (A 209 806 825) be removed from the United States. The Court finds that XIAOMENG CHENG is removable under 8 U.S.C. §1227(a)(2)(A)(i), as an alien, who within five years of the date of her admission to the United States, has been convicted of a crime involving moral turpitude. The Court directs that upon conviction and after release from any period of incarceration, XIAOMENG CHENG be taken into custody by the United States Immigration and Customs Enforcement and removed to the People's Republic of China or to any other country as prescribed by the immigration laws of the United States of America.

HON. DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2017